IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREEN MELBOURN | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 19-4963 |
| WAL-MART STORES, INC. | : |

# **ORDER**

**AND NOW**, this 26th day of March 2020, upon consideration of Defendant's Motion to Transfer Venue for *Forum Non Conveniens* (ECF No. 9), it is **ORDERED**, consistent with the accompanying Memorandum, that the Motion is **DENIED**.

**IT IS SO ORDERED.**

                                                    **BY THE COURT:**

                                                    **/s/ R. Barclay Surrick**
                                                    **R. BARCLAY SURRICK, J.**